## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WAGNER, FRASIER ESTY, and TONY MIGLIORI, Individually, and as Class Representatives,<br>　　　　　　Plaintiffs<br><br>　　　　　v.<br><br>JULIE A. HOLTZAPPLE, JAMES R. MIDDLETON, MICHAEL C. GRIFFITHS, DEGG H. STARK, SUSAN L. LANTZ, JASON D. FRIEDBERG, LEWIS A. MARRARA II, AMY A. BADAL, WAYNE A. BROMFIELD, MICHAEL A. SMYER, JOHN C. BRAVMAN, ERNEST R. RITTER III, JEFFREY A. TICE, JUSTIN M. ROSBOSCHIL, RYAN E. KING, D.H. STARK INVESTIGATIONS, BUCKNELL UNIVERSITY, UNION COUNTY, PENNSYLVANIA, and MONTOUR COUNTY PENNSYLVANIA,<br>　　　　　　Defendants | CIVIL ACTION – LAW<br><br>NO:  4:13-cv-03051<br><br>(Honorable Matthew W. Brann)<br><br>ELECTRONICALLY FILED |

## ORDER

AND NOW, upon consideration of the Motion to Dismiss and Motion to Strike Plaintiffs' Second Amended Complaint filed by Defendants Montour County, Union County, Ryan E. King, Justin M. Rosbosch II, Jeffrey A. Tice, and Ernest R. Ritter III, and the Brief filed in support thereof, IT IS HEREBY ORDERED THAT said Motion is GRANTED.  Plaintiffs' claims against County

Defendants are hereby DISMISSED WITH PREJUDICE and County Defendants are DISMISSED as parties to this case WITH PREJUDICE.  IT IS FURTHER ORDERED THAT the "Introduction" section of the Second Amended Complaint is hereby STRICKEN.

IT IS SO ORDERED,

_____

Brann, J.