# CERTIFICATE OF NON-CONCURRENCE

I, David L. Schwalm, Esquire, do hereby certify that I contacted Plaintiffs' counsel in this matter to determine whether they concur in this Motion To Dismiss and Motion To Strike Plaintiffs' Amended Complaint. Devon Jacob, Esquire, counsel for Plaintiffs, does not concur in this Motion.

                                    Respectfully submitted,

                                    **THOMAS THOMAS & HAFER, LLP**

Date: August 5, 2014        By: s/David L. Schwalm
                                            David L. Schwalm, Esquire