IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WAGNER, *et. al.*, | : | 4:13-CV-3051 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| JULIE A. HOLTZAPPLE, *et. al.*, | : | |
| Defendants. | : | |

## ORDER

April 23, 2015

In accordance with the memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The Defendants' respective motions to dismiss are GRANTED IN PART and DENIED IN PART. ECF Nos. 43 and 44.

2. The Plaintiff is directed to a file a Third Amended Complaint by May 8, 2015 that ONLY and SPECIFICALLY includes the changes specified in the instant Memorandum Opinion and Order.

3. The clerk is directed to correct the spelling of Defendant "Rosboschil" to "Rosbosch."

4. An initial case management conference will be scheduled after the Defendants file answers to the Third Amended Complaint.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge